# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ANTHONY RICHARDSON SCOTT, <br><br> Plaintiff, <br><br> vs. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant | ) Case No.: 2:25-cv-05979-KS <br> ) <br> ) {PROPOSED} ORDER AWARDING <br> ) EQUAL ACCESS TO JUSTICE ACT <br> ) ATTORNEY FEES AND EXPENSES <br> ) PURSUANT TO 28 U.S.C. § 2412(d) <br> ) AND COSTS PURSUANT TO 28 <br> ) U.S.C. §§ 1920; 2412 <br> ) <br> ) <br> ) <br> ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,806.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE:  February 3, 2026

*Karen L. Stevenson*
HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE

-1-